UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Karl Glass,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No.:1:18-cv-2623-SEB-MJD |
| **RS Clark & Associates,** | ) ) ) |
| **Defendant.** | ) ) ) |

## PLAINTIFF'S MOTION TO EXTEND TIME TO DISMISS CASE

Comes now the Plaintiff, by counsel, and hereby files this Motion to Extend Time to Dismiss case in the above-captioned action and, in support thereof, would show the Court the following:

1. The Parties have reached an agreement in this matter. The Parties are in the Process of finalizing settlement documents.

2. The Parties require additional time to finalize and exchange settlement documents.

3. The Plaintiff's counsel has contacted counsel for Defendant regarding this motion but Defendant has not yet responded.

4. The Plaintiff respectfully requests that the deadline for the Parties to dismiss this case be extended up to and including December 18, 2018.

5. This motion is made in good faith and is not made to unnecessarily delay this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion and extend the deadline for the Parties to dismiss the case up to and including December 18, 2018 and grant all other just and proper relief.

                              Respectfully submitted,

                              /s/John T. Steinkamp
                              John T. Steinkamp #19891-49
                              Attorney for Plaintiff
                              5214 S. East Street, Suite D1
                              Indianapolis, IN 46227
                              (317) 780-8300
                              (317) 217-1320 fax
                              steinkamplaw@yahoo.com

### **Certificate of Service**

I hereby certify that on December 6, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Patrick A. Watts
Watts Law Group
pwatts@swattslaw.com

Jacob Bach
Malone & Martin, PLLC
jbach@mamlaw.com

                              _/s/John T. Steinkamp_____
                              John T. Steinkamp
                              John Steinkamp & Associates
                              5214 S. East Street, Suite #D-1
                              Indianapolis, IN  46227
                              Phone: (317) 780-8300
                              Fax: (317) 217-1320
                              steinkamplaw@yahoo.com